**2010–1664.   State ex rel. Vrable II, Inc. v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
## *October 20, 2010*

[Cite as *10/20/2010 Case Announcements*, 2010-Ohio-5075.]

# MOTION AND PROCEDURAL RULINGS

**2007–1741.   State v. Lang.**
Stark C.P. No. 2006 CR 1824A. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Stark County. Upon consideration of appellant's motion for supplemental briefing,

It is ordered by the court that the motion is granted.

Appellant shall file a supplemental brief within ten days of the date of this entry addressing whether post-release control was properly imposed in light of the court's decision in *State v. Fry*, 125 Ohio St.3d 163, 2010-Ohio-1017, 926 N.E.2d 1239. Appellee shall file a response within ten days of the filing of appellant's brief. Reply briefs shall not be filed, and the Clerk's Office shall refuse to file any reply briefs or requests for extension of time.

# MISCELLANEOUS DISMISSALS

**2009–1456.   State ex rel. Miller v. Brady.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for a writ of mandamus and procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–1539.   State ex rel. McGrath v. Matia.**
Cuyahoga App. No. 94147, 2010-Ohio-1987. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.